## Commonwealth *v.* Jordan, Appellant.

Before DOTY, J.

Submitted September 8, 1975. *David Zwanetz*, for appellant; *Hugh J. Colihan, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Knorr, Appellant.

Before BROMINSKI, P. J.

Submitted September 8, 1975. *Joseph F. Sklarosky*, Assistant Public Defender, for appellant; *Patrick J. Toole, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.